No. 73–498. BURGER ET AL. *v.* JUDGE, GOVERNOR OF MONTANA, ET AL. Affirmed on appeal from D. C. Mont.

No. 73–534. HUMAN RIGHTS PARTY OF WASHTENAW COUNTY ET AL. *v.* SECRETARY OF STATE OF MICHIGAN ET AL. Affirmed on appeal from D. C. E. D. Mich.

No. 73–545. SPATT *v.* NEW YORK ET AL. Affirmed on appeal from D. C. E. D. N. Y.

No. 73–5467. LEGION ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. S. D. N. Y. Motions of Congress of Racial Equality for leave to file a brief as *amicus curiae* and to dispense with printing denied. Motions of Black Psychiatrists of America, Inc., for leave to file a brief as *amicus curiae* and to dispense with printing denied. Motion to defer consideration denied. Judgment affirmed. MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 73–5539. CLINTON *v.* MUNICIPAL COURT OF GIRARD ET AL. Appeal from D. C. N. D. Ohio. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Judgment affirmed.